UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michelle Puryear,

            Plaintiff(s),

v.                                          Case No. 4:24−cv−12229−SDK−KGA
                                              Hon. Shalina D. Kumar

Ally Financial, Inc., et al.,

            Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Alcar Recovery, LLC

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              KINIKIA D. ESSIX, CLERK OF COURT

                                              By: s/ Aleaya R Bunton
                                                    Deputy Clerk

Dated:   October 21, 2024