UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

MICHELLE PURYEAR,

    Plaintiff,

-vs-                                          Case No. 24-12229
                                                  Hon. Hon. Shalina D. Kumar

ALCAR RECOVERY, LLC, et al.

    Defendants.

## NOTICE OF SETTLEMENT

The Plaintiff through counsel, informs this Court that a settlement has been reached with all parties and Plaintiff's counsel expects to submit the necessary filings to dismiss this Defendant within 30 days.

                                      Respectfully Submitted,

                                      ADAM G. TAUB & ASSOCIATES
                                      CONSUMER LAW GROUP, PLC

                      By:    s/ Adam G. Taub
                                      Adam G. Taub (P48703)
                                      Attorney for Michelle Puryear
                                      17200 West 10 Mile Rd, Ste 200
                                      Southfield, MI 48075
                                      (248) 746-3790
                                      adamgtaub@clgplc.net

Dated: November 25, 2024

1

## **Certificate of Service**

My name is Adam G. Taub and I am an officer of this Court. On November 25, 2024, I served all parties entitled to notice with the foregoing document by electronic filing and service to each record address.

Respectfully Submitted,

ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC

By:  /s/ Adam G. Taub
Adam G. Taub (P48703)
Attorney for Michelle Puryear
17200 West 10 Mile Rd. Suite 200
Southfield, MI 48075
Phone: (248) 746-3790
Email: adamgtaub@clgplc.net

Dated: November 25, 2024

2