UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE PURYEAR,

                 Plaintiff,

v.

ALLY FINANCIAL, INC., et al.,

                 Defendants.

Case No. 24-12229
Honorable Shalina D. Kumar
Magistrate Judge Kimberly G. Altman

## ORDER OF DISMISSAL

On November 27, 2024, the Court received notice that a settlement of the claims in this case has been reached. ECF No. 15. On this basis, the Court will dismiss the case and retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDIC**. To the extent not otherwise disposed of, any scheduled hearings are **CANCELLED**, and all pending motions are **DENIED AS MOOT.**

**IT IS SO ORDERED.**

Page **1** of **2**

s/ Shalina D. Kumar
SHALINA D. KUMAR
Dated: November 27, 2024          United States District Judge